**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JUDYLEE C. JARRETT,**

            **Plaintiff,**

-vs-                                           **Case No. 6:09-cv-793-Orl-31DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

            **Defendant.**
_____

# ORDER

This matter came before the Court on the Report and Recommendation of Magistrate Judge Baker (Doc. 17), Plaintiff's objection thereto (Doc. 18) and the Commissioner's Response (Doc. 20). Upon consideration of the above, the Court rejects Plaintiff's contention that she was denied due process because the Administrative Law Judge should have recused herself. *See Moise v. Commissioner*, Case No. 6:08-cv-1701-31DAB (Feb. 22, 2010). As to Plaintiff's second objection, the Court finds that the Administrative Law Judge's determination of no disability was supported by competent evidence. Plaintiff's limitations in maintaining concentration, persistence and pace were implicit in the hypothetical to the vocational expert and considered by the Administrative Law Judge in her residual functional capacity determination. Accordingly, it is

**ORDERED** that the Plaintiff's objection is OVERRULED; the Report and Recommendation of the Magistrate Judge is CONFIRMED and ADOPTED; and the Decision of the Commissioner is AFFIRMED. The Clerk is directed to enter judgment for Defendant and close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 6, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE